**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

ANTHONY JAMES WALKER,

      Plaintiff,

      v.

TRACY BARFIELD; and LT. GLOVER,

      Defendants.

CIVIL ACTION NO.: 5:19-cv-73

**O R D E R**

This matter is before the Court on the United States Marshals Service's Unexecuted Return as to Defendant Barfield, doc. 13, and lack of further information regarding service on Defendant Glover.  On November 4, 2020, this Court ordered service of Plaintiff's Complaint upon Defendants and advised each Defendant of his duty to avoid unnecessary costs when service is executed.  Doc. 8.  The Court noted a defendant "who fails to comply with the request for waiver must bear the costs of personal service unless good cause can be shown for the failure to return the waiver." Id. at 2 (citing Fed. R. Civ. P. 4(d)(2)).  The United States Marshals Service initially sent the service waivers to Defendants on November 4, 2020, and the certified mail cards were returned, signed by "Sondra Crew" or "Sondra Evan" on December 2, 2020. Doc. 10.  The mail cards were filed on January 13, 2021, but no waivers were returned.

Accordingly, the Court ordered the United States Marshals Service to personally serve Defendants with a copy of the November 4, 2020 and January 22, 2021 Orders within 30 days of the January 22, 2021 Order, if practicable.  Doc. 11 at 1.  The Court also instructed Plaintiff to provide any information he might have regarding Defendants' whereabouts to the United States

Marshals Service.  Id. at 2.  The Marshals Service signed a Return for Defendant Barfield, dated February 10, 2021 and filed March 8, 2021, with the notations: "I hereby certify and return that I am unable to locate the individual . . . ." and "No longer employed at the Georgia Department of Corrections."  Doc. 13.  The Court has received nothing regarding service—or the lack thereof—on Defendant Glover.

Consequently, the Court **ORDERS** Plaintiff to provide any information regarding Defendants' whereabouts or any additional personally identifiable information for Defendants to the United States Marshals Service and this Court within 30 days of this Order.  The Court forewarns Plaintiff his failure to provide any additional information for the effectuation of service or to otherwise respond to this Order will result in the recommended dismissal of his cause of action based on failure to follow a Court Order and failure to prosecute.

**SO ORDERED**, this 1st day of April, 2021.


_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2